IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH NEBROSKIE and HSF TRANSPORTATION LLC, *Plaintiffs*, | : : : : | CIVIL ACTION |
| v. | : : | No. 18-1070 |
| AMERILINE TRUCKING INC., IGOR YUSUPOV, and HALYNA ZABRONSKA, *Defendants*. | : : : : : | |

## ORDER

AND NOW, this 20th day of February 2019, upon consideration of Defendants' Renewed Motion to Dismiss for Improper Venue or in the Alternative, Motion to Transfer Venue (ECF No. 20), Plaintiffs' Response and Memorandum of Law (ECF Nos. 24 & 25), and Defendants' Reply (ECF No. 26), it is hereby **ORDERED** that Defendants' Renewed Motion to Dismiss for Improper Venue or in the Alternative, Motion to Transfer Venue (ECF No. 20) is **GRANTED IN PART**. Venue in this matter is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE